```
 1  JIM D. SMITH
    ATTORNEY AT LAW
 2  221 S. Second Avenue
    Yuma, Arizona  85364
 3  (928) 783-7809
    Attorney No. 2661
 4
    Attorney for Trustee
 5

 6

 7

 8                IN THE UNITED STATES BANKRUPTCY COURT

 9                    FOR THE DISTRICT OF ARIZONA

10  In Re:                         )        CHAPTER 7 CASE
                                   ) Case No. 0:11-bk-09817-SHG
11  BARBARA LOUISE BRADEN,         )
                                   )     TRUSTEE'S APPLICATION
12               Debtor.           )      FOR ENTRY OF ORDER
                                   )     ALLOWING DEBTOR'S CLAIM
13  _____ )      OF HOMESTEAD EXEMPTION

14        Jim D. Smith, Chapter 7 Trustee, makes Application and states

15  as follows:

16                                 I.

17        That  the  Debtor,  Barbara  Louise  Braden,  has  notified  the

18  Trustee  that  she  claims  a  Homestead  Exemption  in  the  following

19  described real property:

20       Street Address: 38497 E. Lemon Drive, (Tacna) Wellton, Arizona

21       Legal:   TACNA CITRUS ESTATE, Lot 91, Section 26 Township
                  08S, Range 17W
22
         Assessor Parcel: 684-26-007
23
             (the "Tacna House")
24
    . . .
25
    . . .
26
```

II.

That the Debtor resided in the Tacna House at the time this Case was filed and continues to reside in the Tacna House.

III.

The value of the Tacna House is far less than $150,000.00 - the Arizona Homestead Allowance.

IV.

That during the administration of this Case, the Debtor's pre-bankruptcy transfer of the Tacna House to Kristi Ricard was set aside.

V.

That in the opinion of the Trustee, under the principles announced in the United States Supreme Court Case of Law v. Siegel, 571 U.S. 415, 134 S.Ct. 1188 (2014), the Debtor is entitled to claim a Homestead Exemption in the Tacna House.

WHEREFORE, the Trustee prays that the Court enter the following Orders:

1. Allowing the Tacna House as the Debtor's Homestead Exemption, and,

2. Authorizing the Trustee to execute a Deed conveying the Bankruptcy Estate's interest in the Tacna House to the Debtor, and,

3. For such other and further relief as the Court may deem just and proper under the circumstances.

DATED: March 15, 2019

/s/ Jim D. Smith
Jim D. Smith

F:\MyFiles\BradenBankruptcy\braden.barbara.homestead.ex.motion.wpd