```
 1  JIM D. SMITH
    ATTORNEY AT LAW
 2  221 S. Second Avenue
    Yuma, Arizona  85364
 3  (928) 783-7809
    Attorney No. 2661
 4  e-mail: jimsmith5@earthlink.net

 5  Attorney for Appellant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | |
| ) | |
| BARBARA LOUISE BRADEN, ) | No. 2:19-CV-02707-DJH |
| ) | |
| Debtor. ) | |
| _____) | |
| JIM D. SMITH, ) | |
| ) | |
| Chapter 7 Trustee, ) | Bankruptcy Case # |
| ) | 0:11-bk-09817-SHG |
| Appellant, ) | |
| v. ) | |
| ) | NOTICE OF APPEAL |
| BARBARA LOUISE BRADEN, ) | TO U.S. COURT OF APPEALS |
| ) | FOR THE NINTH CIRCUIT |
| Appellee. ) | |
| _____) | |

    Jim D. Smith, the Appellant herein, appeals to the United States Court of Appeals for the Ninth Circuit from the Bankruptcy Remand Judgment (Doc# 13) and the Order (Doc #12) of the District Court for the District of Arizona entered in this case on July 24, 2020.

The Parties to the Judgment and Order appealed from are:

```
Jim D. Smith, Att'y          Barbara Louise Braden, pro se
221 S. Second Avenue         38497 E. Lemon Dr.
  Yuma, AZ 85364             Wellton, AZ 85356
```

Dated this  27th  day of July, 2020.

                                    /s/ Jim D. Smith
                                  _____
                                       Jim D. Smith

CERTIFICATE OF SERVICE

Filed electronically with the Court and served on parties of record by the Court's CM/ECF system this  27th  day of July, 2020.

COPY of the foregoing mailed this  27th  day of July, 2020, to:

Barbara L. Braden
38497 E. Lemon Drive
Wellton, Arizona 85356
 (Debtor/Appellee)


By: /s/ Jim D. Smith
      Jim D. Smith